CURRAN *v.* THOMPSON, State Revenue Commissioner.

BELL, Chief Justice. It appearing from an agreed statement, submitted by counsel for the parties in this case, that the questions raised have become moot, it is ordered that the writ of error be dismissed.

*Writ of error dismissed. All the Justices concur.*

No. 15529. SEPTEMBER 4, 1946.

*Dudley Cook* and *MacDougald, Troutman & Arkwright,* for plaintiff.

*Eugene Cook, Attorney-General, C. E. Gregory Jr., E. J. Clower, C. M. Dobbs,* and *Victor Davidson, Assistant Attorneys-General,* for defendant.